**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 16-1302**

―――――――

THOMAS GLASS,

              Plaintiff - Appellant,

        v.

RYDER INTEGRATED LOGISTIC CORP.; BETH TEAGUE, Inclusive,

              Defendants - Appellees.

―――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    James K. Bredar, District Judge.
(1:15-cv-03501-JKB)

―――――――

Submitted:  August 23, 2016        Decided:  September 1, 2016

―――――――

Before KING, DUNCAN, and FLOYD, Circuit Judges.

―――――――

Affirmed by unpublished per curiam opinion.

―――――――

Thomas Glass, Appellant Pro Se.   David William Erb, FISHER &
PHILLIPS, LLP, Westminster, Maryland; Jason Alex Storipan,
FISHER & PHILLIPS, LLP, Murray Hill, New Jersey, for Appellees.

―――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Glass appeals the district court's order granting the motion to dismiss his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Glass v. Ryder Integrated Logistic Corp., No. 1:15-cv-03501-JKB (D. Md. Mar. 14, 2016). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED